UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EDKINS,

        Plaintiff,

                                            Case No. 14-cv-11257
v.                                  HON. GEORGE CARAM STEEH

UNITED STATES, et al.,

        Defendants.

_____/

ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S ANSWER TO THE COMPLAINT (DOC. # 10) AND
DENYING PLAINTIFF'S MOTION TO APPOINT COUNSEL (DOC. # 3)

*Pro se* plaintiff Charles Edkins filed his complaint March 20, 2014. Service was effected on April 30, 2014, following which the government filed its answer on June 30, 2014. Now before the court is Mr. Edkins' request "for extension of time to respond to defendant's answer to the complaint filed."

The Federal Rules of Civil Procedure specify the period of time in which an answer to the complaint must be filed. For instance, where the defendant is the United States, service of the answer to the complaint must take place within 60 days after service of the summons and complaint. Fed. R. Civ. P. 12(a)(2). However, there is no requirement that a responsive pleading be filed by the plaintiff in response to the answer to the complaint. For this reason, Mr. Edkins' request is hereby **DENIED AS MOOT**.

A scheduling order for this matter will issue in the near future. That order will provide the applicable discovery and pretrial motion and order deadlines for the case.

Furthermore, the court hereby **DENIES** Mr. Edkins' motion for the appointment of counsel, requested in conjunction with his motion to waive fees and court costs filed on March 20, 2014 (DOC. # 3). The appointment of counsel for *pro se* civil plaintiffs is, generally, a privilege justified only by exceptional or extraordinary circumstances. See Lavado v. Keohane, 992 F.2d 601, 605-06 (6th Cir. 1993). The court does not find such circumstances to exist here.

**IT IS SO ORDERED**.

Dated: July 24, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Charles Edkins, 50 Ransom NE #1108, Grand Rapids, MI 49503 and attorneys of record on
July 24, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

2